UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITE HERE LOCAL 8, a labor organization,<br><br>Plaintiff,<br><br>v.<br><br>CONCESSIONS INTERNATIONAL, LLC, a Washington Corporation,<br><br>Defendant. | NO. C08-0936 TSZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiff's motion for summary judgment. Plaintiff is seeking to compel Defendant to arbitrate two labor disputes.

Having considered the materials submitted by the parties, the Court ORDERS as follows:

1. The Court GRANTS Plaintiff's motion for summary judgment.

2. The Defendant is ORDERED to arbitrate Plaintiff's January 9, 2008 Health and Welfare grievance in accordance with the terms of the parties' Collective Bargaining Agreement.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT - 1
Case No. C08-0936 TSZ

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD & IGLITZIN LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

3. The Defendant is ORDERED to arbitrate Plaintiff's February 7, 2008 Section 2.01 grievance in accordance with the terms of the parties' Collective Bargaining Agreement.

4. The Defendant's motion to stay, docket No. 10, is Denied.

DATED this 11 day of Sept, 2008.

*Thomas S. Zilly*
*United States District Judge*

Presented by:

_s/Dmitri Iglitzin_
Dmitri Iglitzin, WSBA # 17673
Schwerin Campbell Barnard & Iglitzin, LLP
18 West Mercer Street, Suite 400
Seattle, WA 98119
(206) 285-2828
(206) 378-4132
Iglitzin@workerlaw.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2
Case No. C08-0936 TSZ

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD & IGLITZIN LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828